**[J-12A-2015, J-12B-2015, J-12C-2015, J-12D-2015 and J-12E-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| GREGORY R. ZAPPALA,<br><br>   Appellant<br><br>  v.<br><br>CAROSELLI BEACHLER MCTIERNAN & CONBOY, WILLIAM R. CAROSELLI, ESQUIRE, TIMOTHY CONBOY, ESQUIRE, SUSAN A. MEREDITH, ESQUIRE, KELLY L. ENDERS, ESQUIRE, DAVID S. SENOFF, ESQUIRE, LAUREN C. FANTINI, ESQUIRE, RICHARD C. DEFRANCESCO, ESQUIRE, CEFALO & ASSOCIATES, MICHAEL J. CEFALO, ESQUIRE, JAMES J. ALBERT, ESQUIRE, GEORGE G. OSCHAL, III, ESQUIRE, KARL J. KWAK, ESQUIRE, AND LINDA L. BARTLETT, ESQUIRE,<br><br>   Appellees | : No. 29 EAP 2014<br>:<br>:<br>: Appeal from the judgment of Superior<br>: Court entered on 6/21/2012 at No. 2567<br>: EDA 2011, reargument denied 8/13/2012,<br>: affirming the order entered on 8/26/2011 in<br>: the Court of Common Pleas, Civil Division,<br>: Philadelphia County at No. 000384 May<br>: Term, 2011.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: ARGUED: March 11, 2015 |
| GREGORY R. ZAPPALA,<br><br>   Appellant<br><br>  v.<br><br>ECKERT SEAMANS CHERIN & MELLOTT, LLC, BRIDGET E. MONTGOMERY, ESQUIRE, DAVID J. SCHERTZ, ESQUIRE, RIKER DANZIG SCHERER HYLAND & PERRETTI, LLP, AND MICHAEL P. O'MULLAN, ESQUIRE, | : No. 30 EAP 2014<br>:<br>:<br>: Appeal from the judgment of Superior<br>: Court entered on 6/21/2012 at No. 2568<br>: EDA 2011, reargument denied 8/14/2012,<br>: affirming the order entered on 9/20/2011 in<br>: the Court of Common Pleas, Civil Division,<br>: Philadelphia County at No. 000336 May<br>: Term, 2011.<br>:<br>:<br>:<br>:<br>:<br>: |

|                                           |                                              |
|-------------------------------------------|----------------------------------------------|
| Appellees                                 | : ARGUED:   March 11, 2015                    |

GREGORY R. ZAPPALA,                        : No. 31 EAP 2014
                                           :
            Appellant                      : Appeal from the judgment of Superior
                                           : Court entered on 6/21/2012 at No. 2569
                                           : EDA 2011, reargument denied 8/14/2012,
       v.                                  : affirming the order entered on 9/20/2011 in
                                           : the Court of Common Pleas, Civil Division,
                                           : Philadelphia County at No. 000349 May
METZGER & KLEINER, DANIEL E.               : Term, 2011.
KLEINER, ESQUIRE, AND RICHARD G.           :
FREEMAN, ESQUIRE,                          :
                                           :
            Appellees                      : ARGUED:   March 11, 2015


GREGORY R. ZAPPALA,                        : No. 32 EAP 2014
                                           :
            Appellant                      : Appeal from the judgment of Superior
                                           : Court entered on 6/21/2012 at No. 2572
                                           : EDA 2011, reargument denied 8/14/2012,
       v.                                  : affirming the order entered on 9/20/2011 in
                                           : the Court of Common Pleas, Civil Division,
                                           : Philadelphia County at No. 000360 May
ANAPOL SCHWARTZ WEISS COHAN                : Term, 2011.
FELDMAN & SMALLEY, P.C., SOL H.            :
WEISS, ESQUIRE, AMBER M. RACINE,           :
ESQUIRE, ADRIANNE WALVOORD,                :
ESQUIRE, LAW OFFICE OF BARRY H.            :
DYLLER, BARRY H. DYLLER, ESQUIRE,          :
GELB LAW FIRM, AND JOHANNA L.              :
GELB, ESQUIRE,                             :
                                           :
            Appellees                      : ARGUED:   March 11, 2015


GREGORY R. ZAPPALA,                        : No. 33 EAP 2014
                                           :
            Appellant                      : Appeal from the judgment of Superior
                                           : Court entered on 6/21/2012 at No. 2573
                                           : EDA 2011, reargument denied 8/13/2012,
       v.                                  : affirming the order entered on 9/20/2011 in
                                           : the Court of Common Pleas, Civil Division,
                                           : Philadelphia County at No. 000388 May

| HANGLEY ARONCHICK SEGAL & | : Term, 2011. |
| PUDLIN, DANIEL SEGAL, ESQUIRE, | : |
| REBECCA L. SANTORO, ESQUIRE, | : |
| JUVENILE LAW CENTER, MARSHA L. | : |
| LEVICK, ESQUIRE, AND LOURDES M. | : |
| ROSADO, ESQUIRE, | : |
| | : |
| Appellees | : ARGUED: March 11, 2015 |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of April, 2015, as it appears Appellant joined the settlement agreement, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Mr. Chief Justice Saylor and Madame Justice Todd did not participate in the decision of this case.